```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| INTERGLOBO FAR EAST, LTD.,<br><br>    Plaintiff,<br><br>    -v-<br><br>M DESIGN VILLAGE, LLC,<br><br>    Defendant. | 24-cv-8213 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Based on the letter submitted by plaintiff's counsel on December 9, 2024, see ECF No. 7, which advises the Court that defendant filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the District of New Jersey, this matter is stayed. Plaintiff's counsel should submit a letter to the Court every six months, beginning on July 1, 2025, that updates the Court on the status of the aforementioned bankruptcy proceeding.

    SO ORDERED.

New York, NY  
December 10, 2024

                                              JED S. RAKOFF, U.S.D.J.

1