UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERGLOBO FAR EAST LTD.,<br><br>       Plaintiff,<br><br>   v.<br><br>M DESIGN VILLAGE, LLC,<br><br>       Defendant. | 24-CV-08213 (JAV)<br><br>**NOTICE OF REASSIGNMENT** |

JEANNETTE A. VARGAS, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: January 23, 2025
   New York, New York

                 _____
                  JEANNETTE A. VARGAS
                  United States District Judge