UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
INTERGLOBO FAR EAST, LTD.,

                Plaintiff,

     -v-

M DESIGN VILLAGE, LLC,

                Defendant.
------------------------------------------------------------------X

24-CV-08213 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order on December 10, 2024, ECF No. 8, the parties were required to file a joint status letter every six months, beginning on July 1, 2025. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to August 18, 2025.

      SO ORDERED.

Dated: July 28, 2025
       New York, New York

                                              _____
                                              JEANNETTE A. VARGAS
                                              United States District Judge